NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HTC CORPORATION,**
*Appellant,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee.*

---

2012-1204, -1339

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-721.

---

## ON MOTION

---

## ORDER

Upon consideration of HTC Corporation's motion to withdraw its appeals,

IT IS ORDERED THAT:

(1) The motion is granted. The appeals are dismissed.

(2) Each side shall bear its own costs.

(3)  All pending motions are denied as moot.

FOR THE COURT

**JUN 1 3 2012**                         /s/ Jan Horbaly
_____                    _____
      Date                               Jan Horbaly
                                              Clerk

cc:  Donald R. Dunner, Esq.
     Amanda S. Pitcher, Esq.
     Mark D. Fowler, Esq.

s25

Issued As A Mandate:  **JUN 1 3 2012**

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 1 3 2012

**JAN HORBALY**
**CLERK**